**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
---------------------------------------------------------------------------×
CONNOR DINNERMAN,

                *Plaintiff,*     **21-cv-11053**

    *v.*

PEP BOYS: MANNY, MOE, AND JACK OF DELAWARE INC.,     **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

                *Defendant.*
---------------------------------------------------------------------------×

Pursuant to the F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Connor Dinnerman, by his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: New York, New York
       May 10, 2022

                                            **THE LIDDLE LAW FIRM PLLC**

                        By:    <u>s/ Edgar M. Rivera</u>
                              Edgar M. Rivera
                              1177 Avenue of the America, 5th Fl.
                              New York, NY 10036
                              Office: 646-452-7212
                              Mobile: 646-400-2249
                              erivera@liddlelaw.com

                              *Attorneys for Plaintiff*