UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------×
CONNOR DINNERMAN,

               *Plaintiff,*

   v.

PEP BOYS: MANNY, MOE, AND JACK OF DELAWARE INC.,

              *Defendant.*
------------------------------------------------------------------------×

21-cv-11053

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to the F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Connor Dinnerman, by his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: New York, New York
       May 10, 2022

                                                   **THE LIDDLE LAW FIRM PLLC**

                                By:   s/ Edgar M. Rivera
                                       Edgar M. Rivera
                                       1177 Avenue of the America, 5th Fl.
SO ORDERED.                        New York, NY 10036
                                       Office: 646-452-7212
s/ John Michael Vazquez          Mobile: 646-400-2249
John Michael Vazquez, U.S.D.J.   erivera@liddlelaw.com

Date:  5/10/2022                       *Attorneys for Plaintiff*

1